MCGUIREWOODS LLP
ALICIA A. BAIARDO SBN #254228
Two Embarcadero Center
Suite 1300
San Francisco, CA  94111-3821
Telephone:  415.844.9944
Facsimile:  415.844.9922

MCGUIREWOODS LLP
LUCY JEWETT WHEATLEY (*pro hac vice*)
CLAIRE HAGAN ELLER (*pro hac vice*)
800 East Canal Street
Richmond, VA 23219
Tel: (804) 775-1368
Fax: (804) 698-2130
Email: lwheatley@mcguirewoods.com
         celler@mcguirewoods.com


Attorneys for TIBCO Software Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIBCO SOFTWARE INC.,<br><br>       Plaintiff and Counterclaim<br>       Defendant,<br><br>  vs.<br><br>GATHERSMART LLC,<br><br>       Defendant and<br>       Counterclaimant. | CASE NO. 5:20-cv-06422-NC<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

1   Plaintiff and Counterclaim Defendant TIBCO Software Inc. and Defendant and

2   Counterclaim Plaintiff GatherSmart LLC (each a "Party" and collectively, the "Parties"), by

3   counsel, hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the

4   Parties' Settlement and Mutual Release Agreement (the "Agreement") to the dismissal with

5   prejudice of all claims and counterclaims in this action, with each Party to bear its own attorneys'

6   fees, costs, and expenses.

7   Pursuant to *Kokkonen v. Guardian Life Insurance Company of America*, 511 U.S. 375

8   (1993) and Rule 41(a)(2), the Parties hereby stipulate to, and, by entering this order, the Court

9   hereby retains, the Court's jurisdiction over this matter for any disputes arising out of the

10   Agreement or for purposes of enforcing the Agreement.

11

12   IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

13

14   DATED: July 19, 2021                          */s/ Lucy Jewett Wheatley*
                                                    Attorneys for Plaintiff
15

16   DATED:  July 19, 2021                         */s/ Jordan Susman*
                                                    Attorneys for Defendant
17

18   PURSUANT TO STIPULATION, IT IS SO ORDERED.

19

20

21   DATED:  July 19, 2021

22                                                  United S

23                                                  Judge Nathanael M. Cousins

24

25

26

27

28

STIPULATION AND ORDER OF DISMISSAL

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### **ATTESTATION**

In compliance with CAND ECF Policies and Procedures regarding Stipulations and Other Documents Requiring Multiple Signatures, I hereby attest that I have obtained the concurrence in the filing of this document from all signatories

DATED: July 19, 2021                                  */s/ Lucy Jewett Wheatley*
                                                                     Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I, Lucy Jewett Wheatley, certify that on July 19, 2021, the foregoing document entitled

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** was filed electronically

in the Court's ECF; thereby upon completion the ECF system automatically generated a "Notice

of Electronic Filing" ("NEF") as service through CM/ECF to registered e-mail addresses of parties

of record in the case.

_____/s/ Lucy Jewett Wheatley_____
Lucy Jewett Wheatley